No. 1119. PACIFIC INDEMNITY CO. *v.* ACEL DELIVERY SERVICE, INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 1120. O'HAIR ET AL. *v.* PAINE ET AL. C. A. 5th Cir. Certiorari denied.

No. 1123. JACKSON FARMERS, INC., FORMERLY FARMERS UNION CO-OPERATIVE BUSINESS ASSN. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 10th Cir. Certiorari denied.

No. 1124. JACK NEILSON, INC. *v.* THE TUG PEGGY ET AL. C. A. 5th Cir. Certiorari denied.

No. 1125. FERGUSON *v.* OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 1128. PELTZ *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 1130. NOLYNN ASSOCIATION OF SEPARATE BAPTIST IN CHRIST OF KENTUCKY ET AL. *v.* OAK GROVE SEPARATE BAPTIST CHURCH ET AL. Ct. App. Ky. Certiorari denied.

No. 1131. 21 TURTLE CREEK SQUARE, LTD. *v.* NEW YORK STATE TEACHERS' RETIREMENT SYSTEM. C. A. 5th Cir. Certiorari denied.

No. 1135. SCORATOW, AKA SIMON ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 1137. TRIPLETT *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied.